IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSE WILLIAMS                                                                                        PLAINTIFF
ADC #115281

V.                                    NO: 5:16CV00048 BSM/PSH

AMANDA JANE KING *et al*                                                            DEFENDANTS

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to Chief United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

On November 15, 2016, plaintiff Jose Williams filed a motion to voluntarily dismiss his complaint. Doc. No. 30. Defendants Amanda Jane King and Vera Scroggins have filed a response indicating they have no objection. Doc. No. 31. For good cause shown, Williams' motion should be granted.

IT IS THEREFORE RECOMMENDED THAT:

1.     Plaintiff Jose Williams' motion to voluntarily dismiss his complaint, Doc. No. 30, be GRANTED, and Williams' complaint be DISMISSED WITHOUT PREJUDICE.

    2.       Defendants' motion for summary judgment be DENIED AS MOOT.  Doc. No. 26.

    3.       The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 16th day of November, 2016.

                                                                   _____
                                                                    UNITED STATES MAGISTRATE JUDGE