IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSE WILLIAMS,     PLAINTIFF
ADC #115281

v.     CASE NO. 5:16CV00048 BSM

AMANDA JANE KING, et al.     DEFENDANTS

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 32] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Jose Williams's motion to voluntarily dismiss his complaint [Doc. No. 30] is granted and Williams's complaint is dismissed without prejudice. Defendants' motion for summary judgment [Doc. No. 26] is denied as moot. Finally, any *in forma pauperis* appeal taken from the order and judgment dismissing this action will be considered frivolous and will not be taken in good faith.

IT IS SO ORDERED this 6th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE