IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOSE WILLIAMS,**                                                                                         **PLAINTIFF**
**ADC #115281**

v.                              CASE NO. 5:16CV00048 BSM

**AMANDA JANE KING, et al.**                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 6th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE